# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge   Court appearing by video conference
Criminal No. 1:25-cr-00063-RGE-HCA-3   :   Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Lee Ann Gulbrandson

Gov. Atty(s): Jason T. Griess   : ✔ Indictment  ☐ Superseding Indictment  ☐ Information
Def. Atty(s): Peder C. Bartling   : ☐ Complaint  ☐ Warrant  ☐ Summons
Def. Appears: ✔ In Person  ☐ Video Conference   : Code Violation/Offense:
☐ All Parties Consent to Video Proceeding   : 21:841(a)(1), 841(b)(1)(A) and 846. Conspiracy to Distribute a Controlled Substance (Methamphetamine) (1)   21:841(a)(1) and 841(b)(1)(A). Possession with Intent to Distribute3 a Controlled Substance (Methamphetamine) (2)   21:841(a)(1) and 841(b)(1)(B). Possession with Intent to Distribute a Controlled Substance (Meth) (3)
Court Reporter: FTR Gold
Interpreter: N/A
☐ Interpreter Sworn

Date: 12/18/2025
Initial Appearance Start Time: 3:01 pm   Arraignment Start Time: 3:05 pm   End Time: 3:11 pm

## Initial Appearance

✔ Advised of Rights   : ☐ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights   : ✔ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No   : ☐ Retained Counsel
✔ Rule 5 Admonition Given

## Arraignment

Trial Scheduled for: 2/9/2026   : ✔ Advised of Charges/Maximum Penalties
Rule 16 Material due: 12/26/2025   : ✔ Indicted in True Name
Reciprocal Discovery due: 1/6/2026   : True Name:
Pretrial Motions due: 1/19/2026   : ✔ Reading of Indictment Waived
Plea Notification Deadline: 1/19/2026   : Plea of Not Guilty Accepted as to Ct(s): 1, 2 and 3
Plea Entry Deadline: 1/23/2026   : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only):   : ✔ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.
1/16/2026 at 10:20 am
Counsel shall call 833-990-9400, Guest ID 774-884-227, Guest PIN/Code 6783 (HCA)

## Custody Status

✔ Government Moved for Detention
☐ Defendant Waived Preliminary Examination   : Detention Hearing Set: 12/22/2025 at 2:00 pm via VTC
☐ Defendant Waived Detention Hearing   : Before: The Honorable William P. Kelly
   : Courthouse: Council Bluffs   Room: 100
Court Ordered Defendant:
☐ Released on Bond   : Revocation Hearing Set:
✔ Detained   : Before:
   : Courthouse:   Room:

Parties advised that Judge Goodgame Ebinger generally will grant only one continuance of trial. The Court finds that today's hearing was conducted by reliable electronic means.

/s/ V. Rule
Deputy Clerk